UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MILLENNIUM LABORATORIES, INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:11-cv-3361 <br> EDWARD J. ZICARI, an individual, § <br> LORI MARTIN, an individual, and DOES § <br> 1-25, inclusive, § <br> § <br> Defendants. § | |

**ORDER**

After considering Stipulation of Dismissal filed by Plaintiff, Millennium Laboratories, Inc. and Defendants Edward J. Zicari and Lori Martin, the Court has determined that the action should be dismissed in accordance with the terms of the July 21, 2012 Settlement Agreement between the parties, which has been filed with the Court under seal and which is expressly incorporated by reference in this Order as if fully set forth herein. Per the terms of the Settlement Agreement, all Released Claims (as defined in the Settlement Agreement) are hereby dismissed WITH PREJUDICE. All Unreleased Claims (as defined in the Settlement Agreement) are hereby dismissed WITHOUT PREJUDICE. IT IS THEREFORE ORDERED that this action be and is hereby dismissed in its entirety. All costs are to be borne by the party incurring same.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND CONTENT:**

GRUBER, HURST, JOHANSEN, HAIL & SHANK, LLP

/s/ Mark A. Shank
MARK A. SHANK
Texas Bar No. 18090800
RACHEL D. ZIOLKOWSKI
Texas Bar No. 2400334
1445 Ross Ave., Ste. 2500
Dallas, Texas 75202
(214) 855-6800 (Telephone)
(214) 855-6808 (Telecopier)

LOEWINSOHN FLEGLE DEARY, LLP

/s/ Jim L. Flegle
JIM L. FLEGLE
Texas Bar No. 07118600
CAROL E. FARQUHAR
Texas Bar No. 06828300
12377 Merit Dr., Suite 900
Dallas, Texas 75251-2224
(214) 572-1700 - Telephone
(214) 572-1717 - Facsimile

ATTORNEYS FOR DEFENDANTS
EDWARD J. ZICARI AND
LORI MARTIN

HOGAN LOVELLS US, LLP

/s/ Christopher M. Odell
CHRISTOPHER M. ODELL
Texas Bar No. 24037205
JOSHUA J. NEWCOMER
Texas Bar No. 24060329
700 Louisiana St., Suite 4300
Houston, Texas 77002
(713) 632-1435 (Telephone)
(713) 583-8909 (Telecopier)

ATTORNEYS FOR PLAINTIFF
MILLENNIUM LABORATORIES, INC.